IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JOSE ALFREDO GONZALEZ SUAREZ,** § § § | |
| *Petitioner,* § § | CASE NO. 6:25-CV-00577-ADA-DTG |
| v. § § | |
| **KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security, et al.,** § § § § § | |
| *Respondents,* § | |

## ORDER SETTING HEARING

Petitioner Jose Alfredo Gonzalez Suarez challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). The respondents have filed their return, and a hearing is now required. *See* 28 U.S.C. § 2243 ("When the writ or order is returned a day shall be set for hearing, not more than five days after the return . . . .").

Accordingly, the Court sets a hearing on **December 18, 2025 at 10:00 A.M. CST** (1 hour time block). The hearing shall be held over Zoom. The Zoom hearing link will be provided to counsel of record via email. If any party wishes to appear in person, he must file a motion for an in-person hearing on or before **December 17, 2025 at 4:00 P.M. CST**.

The respondents are directed to make the petitioner available for the hearing and facilitate his appearance via Zoom. Additionally, the Court reminds counsel that it is the petitioner's burden to provide an interpreter should one be needed.

The parties are **ORDERED** to meet-and-confer in advance of the hearing and jointly file a notice of any factual stipulations by the close of business on **December 17, 2025**. By that same time, parties desiring to consent to the full referral of this action to the magistrate judge must

submit Form AO 85, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.

**SIGNED** this 17th day of December, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE